IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LETTY RUTT,** | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 13-4559 |
| **CITY OF READING, PA, et. al.,** | : |
| | : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 13th day of March 2014, upon consideration of defendants' motion to dismiss the amended complaint or in the alternative motion for a more definite statement (doc. no. 13), and plaintiff's response thereto (doc. no. 14), **IT IS HEREBY ORDERED** that**:**

1.) The motion is **GRANTED**;

2.) Count XVI is **DISMISSED WITH PREJUDICE**; and

3.) The plaintiff shall file a **MORE DEFINITE STATEMENT** with regard to the remaining claims within 14 days of the entry of this order.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.