IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LETTY RUTT,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **No. 13-4559** |
| **CITY OF READING, PA, et. al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 21st day of October 2014, upon consideration of defendants' motion to dismiss the second amended complaint (doc. no. 18), and plaintiff's response thereto (doc. no. 19), **IT IS HEREBY ORDERED** that**:**

1.)   The motion is **GRANTED in part and DENIED in part**;

2.)   Counts I, II, III, IV, V, VIII, IX, X, XI, XIII, XIV, XVI, XVIII and XIX are **DISMISSED with prejudice**;

3.)   Discovery shall be completed on or before **Friday, January 23, 2015**;

4.)   Dispositive motions shall be filed on or before **Friday, February 20, 2015** and responses thereto are due on or before **Friday, March 6, 2015**; and

5.)   This case is referred to the Honorable Henry Perkin for the purpose of conducting a settlement conference.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.